1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Robert Kalani

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | No. 1:13-cv-01786-LJO-GSA |
| Plaintiff, | **SECOND STIPULATION EXTENDING TIME BY MORE THAN 28 DAYS FOR DEFENDANT MAK, LLC TO RESPOND TO COMPLAINT; ORDER** |
| vs. | |
| KHATRI, INC., dba CLARION INN, et al.; | |
| Defendants. | |

**WHEREAS,** Plaintiff, Robert Kalani ("Plaintiff"), and Defendant, Mak, LLC, dba Clarion Inn ("Defendant", and together with Plaintiff, "the Parties") previously entered into a stipulation granting Defendant to and including January 2, 2014 within which to file a responsive pleading (ECF No. 9);

**WHEREAS**, Plaintiff and Defendant are presently engaged in meaningful settlement negotiations. Defendant has agreed to provide a full certified access specialist report for the subject property which report the Parties believe will likely form the basis for a resolution of Plaintiff's claims for injunctive relief;

**WHEREAS**, the Parties desire to conserve judicial resources and attorney fees attendant with preparing and filing a responsive pleading, and desire instead to apply those resources towards settlement in the cautiously optimistic belief that such a settlement is likely;

**NOW, THEREFORE**, **IT IS HEREBY STIPULATED** by and between Plaintiff, by and through his attorney, and Defendant Mak, LLC, by and through counsel who is specially appearing for Defendant for the sole purpose of obtaining this stipulation, that Defendant may have to and including January 17, 2014 to file a responsive pleading in this matter.  This extension of time does not alter the date of any event or any deadline already fixed by Court order.

Dated: January 10, 2014                              MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff
Robert Kalani

*/s/ Michael Karimi*
Michael Karimi
Specially Appearing for Defendant
Mak, LLC, dba Clarion Inn

### ORDER

The Parties having so stipulated and good cause appearing, Defendant Mak, LLC, dba Clarion Inn, shall file a responsive pleading to Plaintiff's complaint on or before January 17, 2014.

IT IS SO ORDERED.

Dated:   **January 10, 2014**                        **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE

SECOND STIPULATION EXTENDING TIME FOR DEFENDANT MAK, LLC TO RESPOND TO COMPLAINT; ORDER